AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona ▾

|  |  |  |
|---|---|---|
| Carl A. Wescott | ) | |
| *Plaintiff/Petitioner* | ) | Civil Action No. |
| v. | ) | |
| HonorHealth, et al. | ) | |
| *Defendant/Respondent* | ) | |

☑ FILED     ___ LODGED
___ RECEIVED  ___ COPY

APR 3 0 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-25-1460-DJH

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____04/28/2025_____

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ | $ | $ |
| Self-employment | $ 0.00 | $ | $ | $ |
| Income from real property *(such as rental income)* | $ 0.00 | $ | $ | $ |
| Interest and dividends | $ 1.00 | $ | $ | $ |
| Gifts | $ 0.00 | $ | $ | $ |
| Alimony | $ 0.00 | $ | $ | $ |
| Child support | $ 0.00 | $ | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ | $ | $ |
| Unemployment payments | $ 0.00 | $ | $ | $ |
| Public-assistance *(such as welfare)* EBT/SNAP (see EXHIBIT A) | $ 292.00 | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ 293.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

N/A  (FIRED MORE THAN 2 YEARS AGO)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

N/A  (NO SPOUSE)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ _____126.06_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Desert Financial Credit Union | checking | $ 128.48 | $ N/A |
| Arizona Financial Credit Union | checking | $ 43.00 | $ |
| Revolut | digital mobile bank | $ 1.00 | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* | N/A | $          0.00 |
| Other real estate *(Value)* | N/A | $          0.00 |
| Motor vehicle #1 *(Value)* | N/A (no car) | $          0.00 |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Motor vehicle #2 *(Value)* | | $          0.00 |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Other assets *(Value)* | 3 Guitars | $        150.00 |
| Other assets *(Value)* | Books & Clothes | $        200.00 |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Bill Stills | $      2,000.00 | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your
      spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the
      monthly rate.

| | You | Your spouse |
|---|---|---|
| *(I live w/ my mother)* | | |
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included?  ☐ Yes  ☑ No    *NO RENT* <br> Is property insurance included?  ☐ Yes  ☑ No | $                0.00 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $            150.00 | $ |
| Home maintenance *(repairs and upkeep)* | $                0.00 | $ |
| Food | $            300.00 | $ |
| Clothing | $              45.00 | $ |
| Laundry and dry-cleaning | $              10.00 | $ |
| Medical and dental expenses | $              45.00 | $ |
| Transportation *(not including motor vehicle payments)* | $            400.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $              50.00 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
| Motor vehicle: | $ | $ |
| Credit card *(name)*: | $ | $ |
| Department store *(name)*: | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ **1,000.00** | $ **0.00** |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes    ☑ No      If yes, describe on an attached sheet.

10.   Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☐ Yes ☑ No

If yes, how much?   $ _____

11.   Provide any other information that will help explain why you cannot pay the costs of these proceedings.

I was fired from my last job (SparkLabs Group) as retialiation for whistleblowing securities fraud.
I do not have a job, currently, and do not have consulting income.
I am on food stamps (EBT/SNAP) at present and looking for income, both hourly and performance-based
→ (EXHIBIT A )

12.   Identify the city and state of your legal residence.

Scottsdale, AZ 85258

Your daytime phone number:         (276) 773-7377

Your age:   57    Your years of schooling:    25+

# ARIZONA
### DEPARTMENT OF
# ECONOMIC SECURITY

Department of Economic Security
Family Assistance Administration
P.O. Box 19009
Phoenix, AZ 85005

*EXHIBIT A*

| |
|---|
| Case Number: **04516061** |
| Notice Number: F100 |
| Notice Date: March 06, 2025 |
| Program: Nutrition Assistance (NA) |



Carl Wescott
8210 E Via De La Escuela
Scottsdale, AZ 85258

## NUTRITION ASSISTANCE (NA) APPROVAL NOTICE

## ** We now offer all services by telephone **

Dear Carl Wescott,

### BENEFITS APPROVED

We processed your application for Nutrition Assistance (NA) turned in on **February 05, 2025**. We have approved you for NA benefits.

You will get NA benefits from **February 2025** to **January 2026**.

### YOUR BENEFITS AMOUNT

Your household will get $250.00 for **February 2025**. Starting in **March 2025**, you will get $292.00 on the 12th day of the month.

### HOW TO GET YOUR BENEFITS

Your NA benefits will be placed on your Electronic Benefits Transfer (EBT) card. If you do not have an EBT card, you can call 1 (888) 997-9333 to ask for one. The TTY/TDD number for the hearing impaired is 1 (800) 367-8939.

### IMPORTANT – REPORTING CHANGES

You must report any changes listed below by the 10th day of the month following the month the change occurs.

- When the gross income for your household totals more than $1632 per month. Gross income is the amount of your income before any deductions.

- When you are an able-bodied adult between the ages of 18 and 54 with no dependent children, you must report if your work hours are decreased below 80 hours per month. - When any household member receives lottery or gambling winnings of $4500 or more in a single game.

**ARIZONA**
DEPARTMENT OF
**ECONOMIC SECURITY**

## HOW TO REPORT CHANGES

- Call 1 (855) 432-7587 Monday - Friday, 7:00 a.m. to 6:00 p.m.
- The TTY/TDD number for the hearing impaired is 7-1-1.
- Online at www.healthearizonaplus.gov or myfamilybenefits.azdes.gov.
- Mail your change report to PO BOX 19009, Phoenix, AZ 85005.
- Fax your change report to (602) 257-7031 or toll free to (844) 680-9840.
- In person at any Department of Economic Security Family Assistance Administration office.

## MID APPROVAL CONTACT (MAC)

Since you are approved for a 12 month approval period, we will send you a Mid Approval Contact (MAC) form halfway through your approval period.  You must answer all questions on the form, sign the form, and turn it in or your benefits will be stopped.

## WHO IS INCLUDED IN YOUR NUTRITION ASSISTANCE HOUSEHOLD

| CLIENT NAME | DATE OF BIRTH |
| --- | --- |
| WESCOTT, CARL A | 06/15/67 |

## HOW YOUR MONTHLY BENEFITS WERE DETERMINED

We used your household's income of      $0.00 and your household's deductions of     $0.00 to figure out the NA benefits your household will get each month.

## WHAT TO DO IF YOU HAVE QUESTIONS

- Go online to myfamilybenefits.azdes.gov or healthearizonaplus.gov for more information about appointments, the status of your application, benefits, and eligibility.
- Call 1 (855) 432-7587 Monday - Friday, 7:00 a.m. to 6:00 p.m.
  The TTY/TDD number for the hearing impaired is 7-1-1.
- In person at any Department of Economic Security Family Assistance Administration office.

## WHAT TO DO IF YOU DO NOT AGREE WITH THIS DECISION

You may appeal by:
- Filling out the Hearing Request form included with this notice and return it in person at any Department of Economic Security, Family Assistance Administration office.  Or fax to (602) 257-7058, (602) 257-7056, or (602) 257-7055.
- You may call (602) 771-9019 or toll free at 1 (877) 525-9990.
- Mail your request to:
    Department of Economic Security
    P O Box 19009
    Phoenix, AZ 85005-9009
- Go online to www.healthearizonaplus.gov and sign into your account.
You can request your benefits to continue pending an appeal, but you may have to pay back the benefits you were not entitled to get.

## FREE LEGAL HELP

**CASE NAME: CARL WESCOTT**        **CASE NUMBER: 04516061**        **DATE OF NOTICE: 03/06/2025**
Page 2 of 3

**ARIZONA**
DEPARTMENT OF
**ECONOMIC SECURITY**

You may contact COMMUNITY LEGAL SERVICES at WWW.CLSAZ.ORG or 800-852-9075.

## QUALITY CONTROL REVIEW

Cases are selected for quality control review. If your case is selected, you will receive a notice from the Office of Program Evaluation to arrange an interview. If you do not comply with the review, your NA benefits may stop.

## RULES WE USED TO MAKE OUR DECISION

- Who is in your household: 7 Code of Federal Regulations (CFR):  section 273.1;
- Sponsor income: 7 CFR section 273.4 ©;
- Income and deductions: 7 CFR section 273.9;
- Determining household eligibility and benefit levels: 7 CFR section 273.10;
- Action on households with special circumstances: 7 CFR section 273.11;
- Changing benefits without notice if your CA or TPEP application is approved: 7 CFR section 273.13(b)(6); and
- Claims against households; overpayments: 7 CFR section 273.18.

## WHERE TO FIND THE RULES

You can find these rules at any of the following:
- At a public library and
- On the Internet at CFR: www.ecfr.gov/.

---

In accordance with federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, this institution is prohibited from discriminating on the basis of race, color, national origin, sex (including gender identity and sexual orientation), religious creed, disability, age, political beliefs, or reprisal or retaliation for prior civil rights activity.  Program information may be made available in languages other than English.  Persons with disabilities who require alternative means of communication to obtain program information (e.g., Braille, large print, audiotape, American Sign Language), should contact the agency (state or local) where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339.  To file a program discrimination complaint, a Complainant should complete a Form AD-3027, USDA Program Discrimination Complaint Form which can be obtained online at: www.usda.gov/sites/default/files/documents/ad-3027.pdf, from any USDA office, by calling (833) 620-1071, or by writing a letter addressed to USDA.  The letter must contain the complainant's name, address, telephone number, and a written description of the alleged discriminatory action in sufficient detail to inform the Assistant Secretary for Civil Rights (ASCR) about the nature and date of an alleged civil rights violation.  The completed AD-3027 form or letter must be submitted to: mail: Food and Nutrition Service, USDA 1320 Braddock Place, Room 334, Alexandria, VA 22314; or fax: (833) 256-1665 or (202) 690-7442; or email: FNSCIVILRIGHTSCOMPLAINTS@usda.gov
This institution is an equal opportunity provider.

Este aviso se refiere a la información importante acerca de sus beneficios, los plazos cortos para pedir una Audiencia y la manera de seguir recibiendo beneficios si usted está en desacuerdo con nuestra decisión. Llame de inmediato al DES al 1 (855) 432-7587 y DES le leerán este aviso a usted en español.

**CASE NAME: CARL WESCOTT**        CASE NUMBER: 04516061        DATE OF NOTICE: 03/06/2025
Page 3 of 3

0641859100225805020025